UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                        Case No: 2:05-cr-79-VMC-MRM

STURLEE BROWN

_____/

**ORDER**

This matter comes before the Court pursuant to Defendant Sturlee Brown's Motion for Early Termination of Supervised Release (Doc. # 114), filed on February 12, 2021. The United States responded in opposition on February 17, 2021. (Doc. # 117). Subsequently, at the February 24, 2021, hearing on the Motion, the United States indicated it does not oppose early termination. Accordingly, for the reasons set forth below, the Motion is granted and Mr. Brown's term of supervised release is terminated.

**Discussion**

In February 2006, the Court sentenced Mr. Brown to 188 months' imprisonment and four years of supervised release for possession with intent to distribute five grams or more of crack cocaine, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B)(iii) and 18 U.S.C. § 2. (Doc. # 44).

Mr. Brown was released from custody on May 16, 2019. (Doc. # 114 at 2). To date, he has served 21 months of his term of supervised release. (Id.).

Mr. Brown now requests early termination of supervised release. (Id.). Section 3583(e)(1) provides that the Court, after considering the factors set forth in 18 U.S.C. §§ 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7) may

> terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice.

18 U.S.C. § 3583(e)(1).

Mr. Brown notes that since his release, he has maintained lawful employment, "successfully transitioned back into society," and "demonstrated his commitment to self-improvement." (Doc. # 114 at 13, 15). He is currently employed full-time as a driver for Pizza Hut. (Id. at 2).

Although the United States initially opposed a reduction in the term of supervised release (Doc. # 117), it indicated at the hearing held on February 24, 2021, that it no longer

2

opposes the relief sought. Probation likewise indicated that it does not oppose termination of supervised release.

In light of Mr. Brown's compliance with the terms of his supervised release, as well as Probation and the United States' consent, the Court agrees that Mr. Brown's term of supervised release should be terminated early.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

Defendant Sturlee Brown's Motion for Early Termination of Supervised Release (Doc. # 114) is **GRANTED**. Mr. Brown is discharged from supervised release immediately and the proceedings in this case are terminated.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 24th day of February, 2021.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE